| Date | Pleading Number | |
|---|---|---|
| 10/4/71 | 1 | MADISON FUND, INC. motion for consolidation or coordination of ten actions in two districts pursuant to 28 U.S.C. §1407 to one single district; with supporting brief; affidavits and certificate of service. |
| 10/18/71 | 2 | FROOKS (plaintiff) Response and Memo to Motion w/cert. of service. |
| 10/19/71 | 3 | ROSENFELD (plaintiff) Response and Brief to Motion w/cert. of service |
| 10/19/71 | 4 | BANK OF LOUISVILLE-Royal BANK AND TRUST CO. (defendant) joinder in motion to consolidate w/cert. of service. |
| 10/20/71 | | FRANKLIN NATIONAL BANK - request for extension to 11/8/71 to file response to motion |
| | | ORDER entered extending time for ALL parties to and including 11/8/71 to respond to motion. |
| 10/21/71 | | PLTF. SAMUEL CAHN --- Request to 11/3 for filing response |
| 10/26/71 | | MADISON FUND, INC. request for an extension of time to No. 18, 1971 to file reply brief in the above-captioned litigation. |
| | | ORDER - extending Madison Fund, Inc. time to file and serve reply brief to and including Nov. 18, 1971. Notified Counsel. |
| 11/2/71 | | ORDER - setting A-1 through A-10 for HEARING, 12/8/71, Phoenix, Ariz. Notified counsel, involved judges. |
| 11/4/71 | 5 | MERKLE and HERMAN (plaintiffs) response to motion |
| 11/8/71 | 6 | Memorandum from MADISON FUND in support of motion |
| 11/10/71 | 7 | SAMUEL CAHN AND JULIA CAHN plts Reply and Memo (only 1 copy received. |
| 11/10/71 | 8 | FRANKLIN NATIONAL BANK response to motion (deft) |
| 11/10/71 | 9 | FINKELSTEIN (pltfs) response to motion |
| 11/11/71 | | FRED SMITH, ETC. V. EDWARD A. MERKLE, ET AL., S.D.N.Y. 71 Civ. 4638 EJP SHOW CAUSE AND HEARING ORDER ENTERED today. Set for 12/8/71 Phoenix, Arizona |
| 11/15/71 | 10 | GEORGE FINE plaintiff response in support of motion |
| 11/18/71 | 11 | MADISON FUND, INC. reply to responses w/cert of service. |
| 11/19/71 | | request from Helen Rosenfeld and George Fine to have hearing postponed |
| | | ORDER entered vacating hearing on 12/8/71 Phoenix Ariz. Notified counsel |
| 11/29/71 | | Letter from Ira Jay Sands of Nov. 16, 1971 |
| 11/29/71 | | Letter from Benett Frankel of Nov. 17, 1971 |
| 11/29/71 | | Letter from Oliver C. Biddle of Nov. 18, 1971 |
| X 11/29/71 | | Letter from Irving Morris of Nov. 22, 1971 |
| 11/29/71 | | Letter from Oliver C. Biddle (to restore Dec. 8 hearing) ltr dtd 11/22/71 |
| 11/29/71 | | Letter from Ira Jay Sands (restore Dec 8 hearing) dtd 11/24/71 |
| 11/29/71 | | Letter from William P. Ford (w/relating corresp.) (restore Dec. 8 hearing) dtd 11/24/71 |
| 11/29/71 | | ORDER - denying request for a reschedule of 12/8/71 hearing to 12/8/71. Notified counsel |
| 11/29/71 | | Request from Fred Smith for an extension to file response and brief |
| 11/29/71 | | Order - extending Fred Smiths time for filing and serving brief to 12/3/71 |
| 12/6/71 | 12 | FRED SMITH Brief in opposition to motion w/cert. of service. |
| 12/21/71 | | HEARING ORDER - Setting Jan. 28, 1972 - Washington D.C. A-1 thru A-10 AND B-1 |
| 1/13/72 | 13 | Letter Pleading from E.N. Carpender counsel for MADISON FUND, INC. stating agreements of counsel in litigation w/cert. of service. |
| 1/18/72 | | Missouri-Kansas-Texas Railroad and Katy Industries letter agreement to E.N. carpenter letter. |
| 1/18/72 | | Plaintiffs in (Frooks v. Barnett, S.D.N.Y., 71 Civ. 3956) ltr agreement with E.N.Carpenter letter. |
| 1/18/72 | | Irving Morris letter agreement to E.N.Carpenter letter. |
| 1/26/72 | | Fredric W. Yerman letter behalf of Franklin National Bank stating declination to enter into agreement with E.N.Carpenter. |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1/26/72 | Bank of Louisville-Royal Bank & Trust Co. letter stating agreement with E.N. Carpenter letter | |
| 2/17/72 | ORDER - Unpublished transferring Delaware action to the S.D. of New York and assigning litigation to Judge Harold R. Tyler pursuant to 28 USC §1407 | |
| 2/17/72 | CONSENT of Chief Judge Elelstein (S.D.N.Y.) for Judge Tyler to handle litigation, | |
| 6/12/72 | EDWARD FOORKS V. FRANKLIN NATIONAL BANK OF NEW YORK E.D.N.Y. 72 C 160 Entered CTO today. Notified counsel involved xx judges | |
| 6/28/72 | EDWARD FROOKS v. FRANKLIN NATIONAL BANK OF E.D.N.Y. 72 C 160 CTO Final today. Notified transferee clerks, transferor clerks, involved judges. | |
| 10/9/73 | EDWARD FROOKS V. MERCANTILE TRUST CO. OF ST. LOUIS, E.D.MO. C.A. NO.73 Civ. 630 CTO entered today. Notified Service Counsel and Involved Judges. | |
| 10-24-73 | EDWARD FROOKS V. MERCANTILE TRUST CO. OF ST. LOUIS, E.D.MO. 73 Civ 630 MERCANTILE TRUST CO. NATIONAL ASSN. joined as MERCANTILE TRUST CO. OF ST. LOUIS NOTICE OF OPPOSITION TO CTO filed 10/9/73. xNotifiedx xServicexcounselxxinvolvedxjudgesxx ORDER entered staying CTO Notified counsel, involved judges. | |
| 11/2/73 | FROOKS V. MERCANTILE TRUST CO. OF ST. LOUIS, E.D.MO 73 C 630 (14) MOTION AND BRIEF of MERCANTILE TRUST CO. NATIONAL ASSN. joined w as Mercantile Trust Co. of St. Louis w/cert. of service. | |
| 11/7/73 | FROOKS V. MERCANTILE TRUST CO. OF ST. LOUIS, E.D. MO.73 C 630 HEARING ORDER - Setting action for hearing, Washington, D. C., Nov. 30, '73 Notified service counsel, involved judges. | |
| 11/9/73 | FROOKS V. MERCANTILE TRUST CO.OF ST. LOUIS, E.D.MO 73C630 |  |
| 15 | Plaintiff Frooks reply to motion and brief to vacate CTO. w/cert. of service. | |
| 11/12/73 | FROOKS V. MERCANTILE TRUST CO. OF ST. LOUIS, E.D.MO 73C630 Mercantile Trust Co. of St. Louis, letter indicating their motion and brief (No. 14)xx possibily was not served on everyone. But if someone is on the service list and didxxx not receive one they may request one from counsel. | |
| 11/12/73 | 16 MADISON Fund, Inc. response (reply brief) to Mercantile's motion to vacate CTO (Frooks v. Mercantile, E.D. Mo. 73C630 | |
| 11/16/73 | FROOKS V. MERCANTILE TRUST OF ST. LOUIS, E.D.MO 73C630 Request from defense attorney to continue hearing. | |
| 11/21/73 | FROOKS V. MERCANTILE TRUST OF ST. LOUIS, E.D. MO 73C630 Request from plaintiffs counsel to continue hearing | |
| 11/21/73 | FROOKS V. MERCANTILE TRUST CO. OF ST. LOUIS, E.D.MO. 73C630 ORDER - Vacating Hearing Order entered on Nov. 7, 1973 NOTIFIED service counsel. | |
| 1/18/74 | LETTERS FROM FOLLOWING CONCURRING IN CONTINUANCE OF HEARING: IN FROOKS V. MERCANTILE TRUST OF ST. LOUIS, E.D.MO 73C630 Plaintiffs Liaison Counsel; Counsel for Mercantile Trust Co. of St. Louis,; Counsel for Madison Fund and Counsel for Defendants Liaison Counsel. | |
| 3/19/74 | FROOKS V. MERCANTILE TRUST OF ST. LOUIS, E.D. MO. 73C630 ORDER lifting stay and transferring action to S.D.N.Y. CTO final today. Notified counsel, involved judges, clerks | |
| 3/19/74 | letter from counsel for Mercantile stating no opposition to transfer of Frooks action. Opposition withdrawn. | |

UNPUBLISHED ORDER OF FEB. 17, 1972 ASSIGNING
LITIGATION TO JUDGE HAROLD R. TYLER, JR.                    DOCKET NO. 87

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE MADISON FUND, INC. SECURITIES LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Helen Rosenfeld v. Edward A. Merkle, et al. | Delaware 4225 | Wright | 2/17/72 | 73 Civ 745 Motion-def. Madison Fund 10/4/71 |
| A-2 | Everett Frooks v. Bernard H. Barnett, et al. | S.D. N.Y. 71 Civ 3956 | Tyler | | " " |
| A-3 | Kenneth I. Herman v. Edward A. Merkle, et al. | S.D. N.Y. 71 Civ 3958 | Palmieri | | " " |
| A-4 | Samuel Cahn, et al. v. Edward A. Merkle, et al. | S.D. N.Y. 71 Civ 3959 | | | " |
| A-5 | Stephen Beck v. Edward A. Merkle, et al. | S.D. N.Y. 71 Civ 3960 | Ryan | | " |
| A-6 | George Fine v. John S. Graham, et al. | S.D. N.Y. 71 Civ 3980 | Palmieri | | " |
| A-7 | Howard E. Goldfluss v. John S. Graham, et al. | S.D. N.Y. 71 Civ 3991 | | | " |
| A-8 | Helen Rosenfeld v. Edward A. Merkle, et al. | S.D. N.Y. 71 Civ 4003 | | | " |
| A-9 | Rose F. Gottlieb v. Bernard H. Barnett, et al. | S.D. N.Y. 71 Civ 4013 | | | " |
| A-10 | Ray L. Finkelstein v. Madison Fund, Inc., et al. | S.D. N.Y. 71 Civ 4026 | | | " |
| B-1 | Fred Smith, etc. v. Edward A. Merkle, et al. | S.D. N.Y. 71 Civ 4638-EJP | Palmieri | | SCO 11/11/71 |
| C-1 | Everett Frooks v. Franklin National Bank of New York, et al. 6/12/72 | E.D. N.Y. 72 C 160 | | 6/28/72 | 7/3/72 72 Civ 2833 |
| C-2 | Everett Frooks v. Mercantile Trust Co. of St. Louis 10/9/73 | E.D. Missouri 73 Civ 630 | | 3/19/74 | 73 Civ 1339 |

Assigned to Judge Tyler Feb 17, 1972

OPPOSED

3 Transfer to 1/30/74

DOCKET NO. 87

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE MADISON FUND, INC. SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Irving Morris, Esquire<br>Cohen, Morris & Rosenthal<br>301 Market Tower<br>Wilmington, Delaware 19801 | EDWARD A. MERKLE<br>ROWLAND O. WILHELM<br>WILLIAM C. RAHMIG<br>ROBERT K. deVEER<br>JOHN S. BARRY |
| A-2 | Mordecai Rosenfeld, Esquire<br>233 Broadway<br>New York, New York 10007 | BANCROFT G. DAVIS  OLIVER C. BIDDLE, ESQ.<br>Ballard, Spahr, Andrews & Ingersoll<br>1035 Land Title Building<br>Philadelphia, Pennsylvania 19110 |
| A-3 | Leonard I. Schreiber & Ira Jay Sands<br>Attn: Ira Jay Sands, Esq.<br>701 Seventh Avenue<br>New York, N.Y. 10036 | KATY INDUSTRIES, INC.  Robert a. Marsell, Esq.<br>Quinn, Jacobs, Barry & Foster<br>Suite 1425, 135 South LaSalle St.<br>Chicago, Illinois 60603 |
| A-4 | Herman Cahn, Esquire<br>Cahn & Ryp<br>101 Park Avenue<br>New York, New York 10017 | MAD INTERNATIONAL FUND<br>Mudge, Rose, Guthrie & Alexander<br>20 Broad Street<br>New York, New York 10005 |
| A-5 | Sydney B. Silverman, Esquire<br>233 Broadway<br>New York, New York 10007 | BERNARD H. BARNETT, ESQUIRE<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021 |
| A-6 | Abraham J. Brill, Esquire<br>10 East 40th Street<br>New York, New York 10016 | FRANCIS H. BOLAND<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021 |
| A-7 | Bennett Frankel, Esquire<br>270 Madison Avenue<br>New York, New York 10016 | LEWIS B. HARDER<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021 |
| A-8 | William Rosenfeld, Esquire<br>122 East 42nd Street<br>New York, New York 10017 | FELIX A. MULGREW<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021 |
| A-9 | STANLEY NEMSER, ESQ.<br>Nemser & Nemser<br>30 East 42nd Street<br>New York, New York 10017 | |
| A-10 | I. Stephen Rabin, Esquire<br>Rabin & Silverman<br>80 Broad Street<br>New York, New York 10004 | JOHN M. SCHIFF<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021 |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Marin I. Kaminsky, Esquire<br>Pollack & Singer<br>61 Broadway<br>New York, New York 10006 | WESLEY A. STANGER, JR.<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021<br><br>HOWARD R. WILKES<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021<br><br>JOHN S. GRAHAM<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021 |
|  | JAMES DUCEY<br>  Francis D. Murphy, Esquire<br>  ~~Broderick, Galway & Vaccaro~~<br>  ~~261 Broadway~~ 70 Pine St<br>  New York, New York ~~10007~~ | DR. JAMES DUCEY<br>710 Park Avenue<br>New York, New York 10021<br><br>~~MISSOURI-KANSAS-TEXAS RAILROAD CO.~~<br>SOUTHWESTERN STATES MANAGEMENT CO.<br>  William A. Thie, Esquire<br>  General Counsel<br>  Missouri-Kansas-Texas RR. Co.<br>  701 Commerce Street<br>  Dallas, Texas 75202 |
|  | CHEMICAL BANK<br>  Philip P. Berelson, Esq.<br>  Cravath, Swaine & Moore<br>  One Chase Manhattan Plaza<br>  New York, New York 10005 | CHEMICAL BANK<br>  John B. Wynne, Esquire<br>  Chemical Bank<br>  20 Pine Street<br>  New York, New York 10005<br><br>NATIONAL INDUSTRIES, INC.<br>510 West Broadway<br>Post Office Box 1037<br>Louisville, Kentucky 40201<br><br>BATH INDUSTRIES, INC. *dismissed*<br>2100 North Mayfair Road<br>Milwaukee, Wisconsin 53226 |
|  | LYBRAND, ROSS BROS. & MONTGOMERY<br>  Matthew J. Broderick, Esq.<br>  Dechert, Price & Rhoads<br>  1600 Three Penn Center<br>  Philadelphia, Pa. 19102<br>FRANKLIN NATIONAL BANK<br>  Fredric W. Yerman, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022 | LYBRAND, ROSS BROS. & MONTGOMERY<br>Packard Building<br>Philadelphia, Pennsylvania 19102<br><br>FRANKLIN NATIONAL BANK<br>410 Madison Avenue<br>New York, New York 10017<br><br>MERCANTILE TRUST COMPANY<br>Box 524, Main Post Office<br>8th & Locust Streets<br>St. Louis, Missouri 63166 |
|  | BANK OF LOUISVILLE-ROYAL BANK & TRUST CO.<br>  Donald H. Balleisen, Esquire<br>  Greenebaum, Grissom, Doll, Matthews & Boone,<br>  614 Kentucy Home Life Bldg.<br>  Louisville, Kentucky 40202 | BANK OF LOUISVILLE-ROYAL BANK & TRUST CO.<br>Broadway at Fifth<br>Louisville, Kentucky 40202 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE MADISON FUND, INC. SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| C-1 | Mordecai Rosenfeld, Esq.<br>233 Broadway<br>New York, New York 10007 | MADISON FUND, INC.<br>  Edmund N. Carpenter, II, Esquire<br>  Richards, Layton & Finger<br>  4072 DuPont Building<br>  Wilmington, Delaware 19801 |
| C-2 | Harold C. Ackert, Esquire<br>410 North Newstead Avenue<br>St. Louis, Missouri 63108 | BERNARD H. BARNETT<br>FRANCIS H. BOLAND<br>LEWIS B. HARDER<br>FELIX A. MULGREW<br>JOHN M. SCHIFF<br>WESLEY A. STANGER, JR.<br>HOWARD R. WILKES<br>JOHN S. GRAHAM<br>  Julius Levy, Esquire<br>  Pomerantz, Levy, Haudek & Block<br>  295 Madison Avenue<br>  New York, New York 10017<br><br>KATY INDUSTRIES, INC.<br>MISSOURI-KANSAS-TEXAS RR CO.<br>  William P. Ford, Esquire<br>  Mudge, Rose, Guthrie & Alexander<br>  20 Broad Street<br>  New York, New York 10005<br><br>MAD INTERNATIONAL FUND<br>c/o Madison Fund, Inc.<br>660 Madison Avenue<br>New York, New York 10021<br><br>NATIONAL INDUSTRIES, INC.<br>  Milton V. Freeman, Esquire<br>  Arnold & Porter<br>  1229 19th Street, N.W.<br>  Washington, D.C. 2-036 |

(over)

| No. | Plaintiff | Defendant |
|---|---|---|
| | | MERCANTILE TRUST COMPANY NATIONAL ASSN.<br>   William G. Guerri, Esquire<br>   Thompson & Mitchell<br>   Suite 1100, 705 Olive St.<br>   St. Louis, Missouri 63101<br><br>MADISON FUND, INC.<br>   Bruce E. Pindyck, Esquire<br>   Olwine, Connelly, Chase, O'Donnell<br>     & Weyher<br>   299 Park Avenue<br>   New York, New York 10017 |
| No. | Plaintiff | Defendant |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 87 -- In re Madison Fund, Inc. Securities Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Edward A. Merkle | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10; B-1; C-1; C-2 |
| Bernard H. Barnett | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; A-10; B-1 |
| Francis H. Boland | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; A-10; B-1 |
| John S. Graham | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; A-10; B-1 |
| Lewis B. Harder | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; A-10; B-1 |
| Felix H. Mulgrew | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; A-10; B-1 |
| John M. Schiff | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; A-10; B-1 |
| Wesley A. Stanger, Jr. | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; B-1 |
| Howard R. Wilkes | A-1; A-2; A-3; A-5; A-6; A-7; A-8; A-9; B-1 |
| Katy Industries, Inc. | A-1; A-3; A-5; A-6; A-8; B-1 |

p. 2

| | |
|---|---|
| Missouri-Kansas-Texas Railroad Company | A-1; A-3; A-5; A-6; A-8 |
| Southwestern States Management Co. | A-1; A-3; A-5; A-6; A-8; B-1 |
| National Industries, Inc. | A-1; A-3; A-5; A-6; A-8 |
| Mercantile Trust Co. of St. Louis | A-1; A-3; A-5; A-6; A-8 C-2 |
| Bank of Louisville | A-1; A-3; A-5; A-6; A-8 |
| Franklin National Bank of New York | A-1; ~~A-3~~; A-5; A-6; A-8; C-1 |
| Chemical Bank of New York | A-1; A-3; A-5; A-6; A-8 |
| Mad International Fund, Inc. | A-1; A-3; A-8; B-1 |
| Lybrand, Ross Bros. & Montgomery | A-1; A-3; A-6; A-8 |
| Madison Fund, Inc. | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10; B-1; C-1; C-2 |
| James Ducey | A-3; A-5 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 87 -- In re Madison Fund, Inc. Securities Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Bath Industries, Inc. | A-5 DISMISSED BS DEF. ON 10/21/71 BY J. GURFEIN. |
| Chemical New York Corporation *same as Chemical Bank of New York* | A-6 |
| Robert K. deVeer | A-7; A-9; A-10 |
| William C. Rahmig | A-7; A-9; A-10 |
| Rowland O. Wilhelm | A-7; A-9; A-10 |
| John S. Barry | A-7; A-9; A-10 |
| Bancroft G. Davis | A-9 |
| | |
| | |