DOCKET NO. 87

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 17 1972

CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MADISON FUND, INC. SECURITIES LITIGATION

ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the action pending in the District of Delaware to the Southern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the actions pending in that district before the Honorable Harold R. Tyler, Jr. and the Panel having found, upon the basis of the complaints, the papers submitted and the hearing held, that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and further the just and efficient conduct of the litigation,

IT IS ORDERED that the action pending in the District of Delaware be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, is assigned to the Honorable Harold R. Tyler, Jr. for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the other actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Alfred P. Murrah
Chairman

Attachment

SCHEDULE A                                    DOCKET NO. 87

DISTRICT OF DELAWARE

Helen Rosenfeld v. Edward A. Merkle, et al.          Civil Action
  (Judge Wright)                                     No. 4225

SOUTHERN DISTRICT OF NEW YORK

Everett Frooks v. Bernard H. Barnett, et al.         Civil Action
  (Judge Tyler)                                      No. 71 Civ 3956

Kenneth I. Herman v. Edward A. Merkle, et al.        Civil Action
  (Judge Palmieri)                                   No. 71 Civ 3958

Samuel Cahn, et al. v. Edward A. Merkle, et al.      Civil Action
                                                     No. 71 Civ 3959

Stephen Beck v. Edward A. Merkle, et al.             Civil Action
  (Judge Ryan)                                       No. 71 Civ 3960

George Fine v. John S. Graham, et al.                Civil Action
  (Judge Palmieri)                                   No. 71 Civ 3980

Howard E. Goldfluss v. John S. Graham, et al.        Civil Action
                                                     No. 71 Civ 3991

Helen Rosenfeld v. Edward A. Merkle, et al.          Civil Action
                                                     No. 71 Civ 4003

Rose F. Gottlieb v. Bernard H. Barnett, et al.       Civil Action
                                                     No. 71 Civ 4013

Ray L. Finkelstein v. Madison Fund, Inc., et         Civil Action
  al.                                                No. 71 Civ 4026

Fred Smith, etc. v. Edward A. Merkle, et al.         Civil Action
  (Judge Palmieri)                                   No. 71 Civ 4638 EJP